# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2018

156930

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

BRIAN CHRISTOPHER LEE,
    Defendant-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 156930
COA: 338342
Wayne CC: 12-005176-FC

On order of the Court, the application for leave to appeal the October 27, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2018



d0509t

Clerk